# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2019

SEAN F. McAVOY, CLERK

LORRY A. W.

　　*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

　　*Defendant*

Civil Action No. 1:19-cv-03082-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion For Summary Judgment (ECF No. 13) is GRANTED
Defendant's Motion For Summary Judgment (ECF No. 14) is DENIED.
Pursuant to sentence four of 42 U.S.C. §405(g) and § 1383(c)(3), this matter is REMANDED for immediate payment of disability benefits to the Plaintiff for the period from September 1, 2015 to July 4, 2017.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge LONNY R. SUKO on motions for Summary Judgment (ECF Nos. 13 and 14)

Date: 10/24/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
　　*(By) Deputy Clerk*

Allison Yates